United States District Court for the District of Columbia

CIVIL ACTION

Case No.__________________

Case: 1:26–cv–03472
Assigned To : Unassigned
Assign. Date : 9/19/2026
Description: Pro Se Gen. Civ. (F–DECK)

JBA Promos, 23rd and M Street, NW,

Plaintiff,

Vs.

District of Columbia, 1330 Pennsylvania Avenue, NW,

West Light Apartments and Town Houses, 23-24th and L Street, NW,

Blue Stone Lane Cafe, 23rd and L Street, NW,

George Washington University Medical Offices, 23rd and M Street, NW,

Life Alive Organic Hispanic Food, 23rd and M Street, NW,

and

Bread & Chocolate Cafe, 23rd and M Street, NW,

Defendants.

COMPLAINT

Filed by the Plaintiff

JBA Promos
23rd & M Street NW
Washingtin, DC 20036
Tel/Fax (800) 793-4237
www.coincentives.20fr.com
advserv@outlook.com

RECEIVED
SEP 19 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## FILING AND SERVICE

**FRCP Rule 5** Serving and Filing Pleadings…

(3) Electronic Filing and Signing…

(b) By an unrepresented person…

(2)(B) leaving it (i) at the person's office…in a conspicuous place…and…

(E) sending by electronic means…

(d) Filing…

(B) to a judge…who must then note the filing date on the paper and promptly send it to the clerk…

(4) Acceptance by the Clerk…

**F.R.C.P. Rule 78** (b) Providing for Submission on Briefs By Rule or order, the court may provide for submitting and determining motions on briefs without oral hearings…

## ALLEGATION OF JURISDICTION

The jurisdiction of this court is founded upon **28 U.S.C.A. Section 1331** Federal questions...**28 U.S.C.A. Section 1337** Trade and commerce...

The jurisdiction of this court is founded upon **15 U.S.C.A. Section 15** Persons injured in business...**15 U.S.C.A. Section 26** Injunctive relief for private parties…**15 U.S.C.A. Section 45** Unfair methods of competition declared unlawful…private right of action for damages as a result of fraudulent and deceptive mirepresentations…of trespassing and requirement for rat poison and insecticide...**15 U.S.C.A. Section 1116** Injunctive relief… **15 U.S.C.A. Section 1117** Recovery for violations…**15 U.S.C.A. Section 1122** Liability of the United States, states and officials thereof…**15 U.S.C.A. Section 1125** False descriptions…concering trade name, commerical activities and assocations…of trespassing and requirement for rat poison and insecticide...

The jurisdiction of this court is founded upon **18 U.S.C.A. Section 1964** Civil remedies...for violations of **18 U.S.C.A. Section 1512** Tampering with a victim or witness…harassment to dissuade from official proceedings…done by false statements and confinement…in violation of state laws against disorderly conduct and disturbing the peace… **18 U.S.C.A. Section 1951** Interference with commerce by threats..."robbery and extortion" under color of official right…done by rat poison and insecticide...

The jurisdiction of this court is founded upon **18 U.S.C.A. Section 2520** Civil damages and orders...for relief from **18 U.S.C.A. Section 2511** Interception, disclosure or use of oral, wire or electronic communication prohibited…**18 U.S.C.A. Section 2517** Authorization required...

**COUNT ONE**

JBA Promos,

Plaintiff,

Vs.

District of Columbia,

Defendant.

**TAMPERING**

1. The plaintiff is a citizen of the United States and a corporation defacto pursuant to **15 U.S.C.A. Section 44** Definitions…and is a party to the hereein official proceeding pursuant to **18 U.S.C.A. Section 1515** Definitions…and is located in Washington, DC.

2. The defendant. by and through the designated agents representatives of the District of Columbia, Metropolitan District of Columbia Police, Division Two, Idaho Avenue. Washington, DC.

3. On or about February 20, 2026, in Washington, DC, by and through the designated police, the defendants issued false statements of trespassing against the plaintiff and unlawful entry in a public area of the office building which the defendant, Life Alive, transformed into a sidewalk cafe and were opposed to the plaintiff occupying the area when the worker moved a large trash container through the public area to go the trash dumpster at night and said "you are barred from the area" contrary to being a health spa member and hotel guest.

4. The wrongful acts of the defendant evidence fraudulent and deceptive misrepresentations and wrongful detention under duress of false imprisonment for which the plaintiff demands damages in the amount of ten thousand dollars ($10,000) per day to compensate for unfair trade practices.

5. As a result of the foreoging, the plaintiff is suffering unliquidated damages in an amount in excess of ten thousand dollars ($10,000) and demands punitive damages in the amount of one million dollars ($1,000,000) to punish for reckless disrgard for the rights of the plaintiff and value of the plaintiff's company.

6. The plaintiff demands the required injunctive relief and to recall of the barring notice and to restrain the police from false alarms.

**WHEREFORE**, the plaintiff demands judgement against the defendant for monetary damages, the required injunctive relief and other relief as deemed just and proper by this court.

**COUNT TWO**

JBA Promos,

Plaintiff,

Vs.

George Washington University Medical Offices, Life Alive,
Blue Stone Lane Cafe and West Light Apartments,

**TAMPERING**

7. The plaintiff incorporates by reference the allegations contained in the foregoing paragraphs 1 through 6 a though set forth at lenght hereinafter.

8. On or about March 10, 2025, through the present time in Washington, DC, the defendants negligently placed rat poison on the sidewalks, next to benches, tables, chairs and doorways.

9. As a result, the plaintiff suffered itchy skin for which the plaintiff demands unliquidated damages in an amount in excess of ten thousand dollars ($10,000) and demands punitive damages in the amount of five million dollars ($5,000,000) to punish the defendants for gross incompetence and mismanagement.

10. The plaintiff demands the required injunctive relief and disposal of all rat poison dispensers from all public areas.

**WHEREFORE,** the plaintiff demaands judgement against the defendants for monetary and the required injunctive rlief and other relief as deemed just and proper by this court.

**COUNT THREE**

JBA Promos,

Plaintiff,

vs.

District of Columbia,

Defendant.

**UNAUTHORIZED USE OF ELECTRONIC COMMUNICATION**

11. The plaintiff incorporates by refrence the allegations contained in the foregoing paragraphs 1 though 10 as though set forth at lenght hereinafter.

12. On or about May 19. 2026, in Washington, DC, the defendant used electronic communication without authorization in violation of **18 U.S.C.A. Section 2517** Authorization required and wrongfully sent the attached text message to 202-621-3992.

13. As a result, the plaintiff suffered unliquidated damages in an amount in excess of ten thousand dollars ($10,000) and demands judgement for punitive damages in the amount of ten million dollars ($10 000,000).

**WHEREFORE,** the plaintiff demands the required injunctive relief and reply to this message with the case and demands judgement for monetary damages in the amount of ten million dollars ($10,000,000) and demands other relief as deemed just and proper by this court.

Dated: September 19, 2026

John J. Buckshaw

JBA Promos

Hello, it's Detective Lake from MPD Second District.

In reference to CCN#26058061

At your earliest convenience, please contact me back at our main office number:

202-730-1903

Thanks for your assistance & have a great day

### PLEASE DO NOT REPLY BACK TO THIS TEXT - CALL OFFICE NUMBER LISTED ABOVE ###